Case 1:25-cr-00210-MSN   Document 2   Filed 07/09/25   Page 1 of 1 PageID# 2

JS 45 (01/2008)                REDACTED

Criminal Case Cover Sheet                                                U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No _X_   Judge Assigned: Hon. Nachmanoff
City  Herndon, Virginia   Superseding Indictment ___   Criminal Number: 1:25-CR- 210
County/Parish  Fairfax   Same Defendant ___   New Defendant  _X_
                          Magistrate Judge Case Number ___   Arraignment Date: ___
                          Search Warrant Case Number ___
                          R 20/R 40 from District of ___
                          Related Case Name and No: ___

Defendant Information:
**Juvenile** -- Yes ___ No _X_  FBI # ___
**Defendant Name:** Ibraheem Sabri Samirah   Alias Name(s) ___
**Address:** Herndon, VA
**Employment:** Community First Dental, 46045 Palisade Parkway, Sterling, VA 20165
**Birth date** xx/xx/1991  **SS#** xxx-xx-3143  **Sex** M  **Def Race** ___   Nationality  United States   Place of Birth  Chicago, IL, US
**Height** 5' 9"   **Weight** 168   **Hair** Black   **Eyes** Hazel   Scars/Tattoos ___

**Interpreter:** _X_ No ___ Yes  List language and/or dialect: ___   Automobile Description  2018 blue Kia Stinger Sedan

Location Status:
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   _X_ Not in Custody
___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:
Name:  Lloyd Liu   ___ Court Appointed   Counsel conflicted out: ___
Address:  1730 Rhode Island Ave., NW, Washington DC, 20036   _X_ Retained
Telephone: 703-352-0100   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

U.S. Attorney Information:
AUSA  Kathleen Robeson   Telephone No: (703) 299-3700   Bar # WV 13809; VA 89526

Complainant Agency, Address & Phone Number or Person & Title:
FBI Special Agent Michael Ross Beck; FBI Washington Field Office, 601 4th Street NW, Washington DC 20535

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 1343 | Wire Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 07/09/2025   Signature of AUSA: Kathleen E. Robeson